Attachment A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED
AUG 13 2020
U.S. DISTRICT COURT
ELKINS WV 26241

Francisco Masias

_Your full name_

v.

Warden: Hodges / Captain: Riffle
SIS: Aldrige / Dr: Wilson
AUSA: Flowers / AUSA: Bauer
Sued in official capacity

_Enter above the full name of defendant(s) in this action_

**FEDERAL CIVIL RIGHTS
COMPLAINT
(*BIVENS* ACTION)**

Civil Action No.: 5:20cv171
_(To be assigned by the Clerk of Court)_

I. **JURISDICTION**

This is a civil action brought pursuant to **Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)**. The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

II. **PARTIES**

_In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided._

A. Name of Plaintiff: Francisco Masias  Inmate No.: 42558-424
   Address: F.C.I Gilmer   P.O. Box 6000
   Glenville  WV  26351

_In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided._

**Attachment A**

B.  Name of Defendant: Hodges
    Position: Warden
    Place of Employment: F.C.I Gilmer
    Address: P.O. Box 6000
    Glenville WV 26351

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?  ☒ Yes   ☐ No

If your answer is "YES," briefly explain: He is warden and he signs off on who is kept in SHU. He has told me for over 1 year He would let me out of SHU. He also Does not answer Administrative Remedys.

B.1  Name of Defendant: Dr. Wilson
    Position: Doctor - Head of medical
    Place of Employment: FCI Gilmer
    Address: P.O. Box 6000 Glenville WV 26351

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?  ☒ Yes   ☐ No

If your answer is "YES," briefly explain: She is Head of Medical while I've been in SHU And my medical needs have gone Untreated. She has repeatedly ignored my medical needs

B.2  Name of Defendant: Aldrige
    Position: S.I.S
    Place of Employment: F.C.I Gilmer
    Address: P.O. Box 6000 Glenville WV 26351

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?  ☒ Yes   ☐ No

Attachment A

If your answer is "YES," briefly explain: He is in charge of SIS and has kept me in SHU since April 6, 2019. He has repeatedly told me only way out SHU is to waive my Due Process rights and B.O.P Policies

B.3  Name of Defendant: Bauer
Position: A.U.S.A.
Place of Employment: United States District Court
Address: United States District Court, Northern District of West Virginia, P.O. Box 227, Elkins WV 26241-1518

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☒ Yes   ☐ No

If your answer is "YES," briefly explain: He is the one who Refuses to let me out of SHU and is violating my Due Process

B.4  Name of Defendant: Flowers
Position: A.U.S.A.
Place of Employment: Northern District of West Virginia
Address: United States District Court, P.O. Box 227, Elkins WV 26241-1518

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☒ Yes   ☐ No

If your answer is "YES," briefly explain: He also Refuses to let me out of SHU and is violating my Due process

Attachment A

    B.5    Name of Defendant: **Riffle**
            Position: **Captain**
            Place of Employment: **F.C.I Gilmer**
            Address: **P.O. Box 6000 Glenville WV 26351**

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?  ☒ Yes   ☐ No

If your answer is "YES," briefly explain: **He is in charge of security in Gilmer F.C.I., and refuses to abide by B.O.P. Policies.**

## III.  PLACE OF PRESENT CONFINEMENT

Name of Prison/ Institution: **F.C.I Gilmer**

    A.    Is this where the events concerning your complaint took place?
           ☒ Yes   ☐ No

           If you answered "NO," where did the events occur?

    B.    Is there a prisoner grievance procedure in the institution where the events occurred?   ☒ Yes   ☐ No

    C.    Did you file a grievance concerning the facts relating to this complaint in the prisoner grievance procedure?
           ☒ Yes   ☐ No

    D.    If your answer is "NO," explain why not: _____

    E.    If your answer is "YES," identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed

**Attachment A**

and state the result at level one, level two, and level three. **ATTACH GRIEVANCES AND RESPONSES:**

LEVEL 1 <u>Case # 1013773-R1</u> / <u>Warden never answered so I went forward</u> <u>Due Process / B.O.P Policies / Cruel and unusual Punishm</u>

LEVEL 2 <u>Case # 1013773-R1 (Due Process) (Cruel & unusual Punishment)</u> BOP policies

LEVEL 3 <u>Case # 1013990-A1 (Due Process) (Cruel and unusual Punishment)</u> BOP policies

IV. <u>PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES</u>

    A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?   ☐ Yes   ☒ No

    B.    If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

        1.    Parties to this previous lawsuit:

            Plaintiff(s):_____

            Defendant(s):_____

        2.    Court: _____
            *(If federal court, name the district; if state court, name the county)*

        3.    Case Number:_____

        4.    Basic Claim Made/Issues Raised: _____
_____
_____

        5.    Name of Judge(s) to whom case was assigned:
_____

        6.    Disposition: _____
            *(For example, was the case dismissed? Appealed? Pending?)*

        7.    Approximate date of filing lawsuit:_____

**Attachment A**

        8.      Approximate date of disposition. Attach Copies:_____

C.    Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
       ☐ Yes     ☐ No

D.    If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought.

_____
_____
_____
_____

E.    Did you exhaust available administrative remedies?
       ☒ Yes     ☐ No

F.    If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted.

I filed 5 BP-9s to warden and never got a answer. I filed BP-10, copy Attached / I filed BP-11 copy Attached.

G.    If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

        1.      Parties to previous lawsuit:

**Attachment A**

Plaintiff(s): _____

Defendant(s): _____

2. Name and location of court and case number:
   _____
   _____
   _____

3. Grounds for dismissal:   ☐ frivolous   ☐ malicious
   ☐ failure to state a claim upon which relief may be granted

4. Approximate date of filing lawsuit: _____

5. Approximate date of disposition: _____

V. **STATEMENT OF CLAIM**

*State here, as **BRIEFLY** as possible, the <u>facts</u> of your case. Describe what <u>each</u> defendant did to violate your constitutional rights.* **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** *Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph.* **UNRELATED CLAIMS MUST BE RAISED IN SEPARATE COMPLAINTS WITH ADDITIONAL FILING FEES. NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT.** *(LR PL 3.4.4)*

CLAIM 1: Hodges: He is warden and ultimately its his call weather B.O.P Policy is followed.
Riffle: He is in charge of security at F.C.I Gilmer and signs off on who stays in SHU

Supporting Facts: I have been in SHU

**Attachment A**

Since April 6 2019. He has told me he was going to get me out for over 1 year, I have documents to prove this

CLAIM 2: Aldrige: He, is SIS and has tried to circumvent my Due process and has kept in in SHU, Also my name was forged on a CJ-23 form! Also my account was froze for first 10 months April 6 2019 - Dec 2020/so I couldn't call or buy stamp to write home.

Supporting Facts: He is SIS, and in charge of all SIS investigations. I have documentation to prove those facts.

CLAIM 3: Bauer: He is AUSA and has told warden and SIS not to let me out of SHU.

Supporting Facts: I was told by aldrige that only way out of SHU is to plead guilty. And that Bauer was AUSA in charge of investigation, I also have mail to prove these claims

CLAIM 4: flowers: He was first AUSA that was in charge for keeping me in SHU for first 10 months

Supporting Facts: I was told by warden and Aldrige that he was Responsible for me

**Attachment A**

being in SHU for first 8 months. And he didn't want me out of SHU while violating my Due Process Rights

CLAIM 5: Dr. Wilson: She is the one who sees me and denys my medical needs while I've been in SHU

Supporting Facts: My medical Records / sic call slips.

## VI. INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.

While in SHU. I have developed a really bad nasal infection which they have miss diagnosed untill finally putting me for specialist that I have been waiting for over 6 months. Also a Hernia, a severe ingrown two nail, to a nail fungus, And my Ankle has gone untreated for over 2 years.

## VII. RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*

I only want my Due Process rights to be inforced. I want my medical needs met. I want my court fees and nominal Damages Paid. I want to be released from SHU and all Santions Deemed Paid Since I Done so much time in SHU already.

**Attachment A**

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate. Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _F.C.I Gilmer_ on _8/5/20_.
   (Location)                                      (Date)

_[signature]_
Your Signature