```
                    REJECTION NOTICE - ADMINISTRATIVE REMEDY


DATE: MAY 26, 2020



FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : FRANCISCO MASIAS, 42558-424
      GILMER FCI     UNT: B      QTR: Z04-207UAD
      P.O. BOX 5000
      GLENVILLE,  WV 26351



FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID        : 1013990-A1      CENTRAL OFFICE APPEAL
DATE RECEIVED    : APRIL 27, 2020
SUBJECT 1        : UNPROFESSIONAL, INAPPROPRIATE CONDUCT OR MISCONDUCT BY STAFF
SUBJECT 2        :
INCIDENT RPT NO:

REJECT REASON 1: YOU SUBMITTED YOUR REQUEST OR APPEAL TO THE
                 WRONG LEVEL.  YOU SHOULD HAVE FILED AT THE
                 INSTITUTION,  REGIONAL OFFICE, OR CENTRAL
                 OFFICE LEVEL.

REJECT REASON 2: CONCUR WITH RATIONALE OF REGIONAL OFFICE AND/OR INSTITUTION
                 FOR REJECTION. FOLLOW DIRECTIONS PROVIDED ON PRIOR REJECTION
                 NOTICES.

REJECT REASON 3: DUE TO YOUR ALLEGATIONS, YOUR APPEAL IS BEING FORWARDED TO
                 ANOTHER DEPARTMENT FOR REVIEW; HWOEVER, YOUR APPEAL WAS
                 RETAINED IN ACCORDANCE WITH POLICY.

REMARKS          : THIS MATTER HAS BEEN SENT TO ANOTHER DEPARTMENT FOR
                   REVIEW TO ENSURE YOUR APPEALS ARE NOT BEING
                   DESTROYED SO YOUR CONCERN CAN BE ANSWERED.
```

U.S. Department of Justice  
Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: __Masias Francisco__ __42558-424__ __SHU__ __FCI Gilmer__
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

**Part A - REASON FOR APPEAL** I have been in SHU since April 6th 2019. I was on my way to the Visiting Room when I was called to LT's office & told I was placed under SIS investigation, after 3 month's I was told I am pending AUSA, awaiting charges, since then I have filed BP8's & BP9's But have not recieved an answer. I have wrote West Virginia clerks office & have been told I have no charges pending on there dockett. On 3-20-20 SIS Aldrige came to talk to me, he told me if I was tired of the SHU & if I wanted to get out I had to plea Guilty and take a year if not then I would sit here longer. I asked how am I going to take anytime if I have not been charged with a crime or never seen a judge, he tried to get me to sign some paper's, saying I was guilty & willing to take one year. This is a way they are trying to circumvent my due process. I am being held to cruel & unusual punishment 24 hours a day in solitary confinement they take our Rec. & we don't get our 5 hours exercise a week. I am asking to be let out of SHU or be shipped to another jail. It doesn't take a year to bring charges! I am being punished without even being giving a incident report.

__3-26-20__   __Francisco Macias__
DATE — SIGNATURE OF REQUESTER

**Part B - RESPONSE**





DATE — REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

FIRST COPY: REGIONAL FILE COPY    CASE NUMBER: __1013990-R1__

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION
SUBJECT: _____

DATE — SIGNATURE, RECIPIENT OF REGIONAL APPEAL

USP LVN    BP-230(13) JUNE 2002