**RECEIVED**
AUG 13 2020
U.S. DISTRICT COURT
ELKINS WV 26241

Dear Clerk,

Am writing in pencil because we are not allowed pens in the SHU. Also If copies are required, I will have to pay the court for copies to be sent to all parties because I don't have access to make copies in SHU.

Also I wish to proceed In forma Pauperis. So I don't have to pay all at once but in installments if possible, But if not possible I have included a form so the fees for filing and servise of process can be taken of my prison account.

Thank you