Francisco Macias #42558-424
F.C.I Gilmer
P.O. Box 6000
Glenville WV 26351

4.40

RECEIVED
AUG 13 2020
U.S. DISTRICT COURT
ELKINS WV 26241

LEGAL
MAIL

Northern District of West Virginia
United States District Court
300 Third St. Room 227
P.O. Box 1518
Elkins, West Virginia 26241-1518