United States District Court
For the Northern District Of West Virginia
Wheeling

Francisco Masias,                    Civil Action # 5:20-cv-171
         V.        Plaintiff          Judge Bailey
Warden Hodges, et al,
              Defendant                        FILED

                                             APR 19 2021

## Notice of Appeal     U.S. DISTRICT COURT-WVND
                        WHEELING, WV 26003

Notice is hereby given that Francisco Masias, Plaintiff in the above-entitled matter, appeals For the Circuit from the Final Judgment entered in this action on 4/8/21


Date
4-12-21


Francisco Masias                    X
# 42558-424
FCI Gilmer
P.O. Box 6000
Glenville WV 26351

①