FILED: June 25, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-6121
(5:20-cv-00171-JPB-JPM)
_____

FRANCISCO MASIAS

       Plaintiff - Appellant

v.

WARDEN HODGES, sued in official and individual capacity; CAPTAIN RIFFLE, sued in official and individual capacity; S.I.S. ALDRIGE, sued in official and individual capacity; DR. WILSON, sued in official and individual capacity; AUSA FLOWERS, sued in official and individual capacity; AUSA BAUER, sued in official and individual capacity

       Defendants - Appellees

_____

M A N D A T E
_____

The judgment of this court, entered May 3, 2021, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*