**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling**

**FRANCISCO MASIAS**,

        Petitioner,

      v.                                **CIVIL ACTION NO. 5:20-CV-171**
                                                   Judge Bailey

**HODGES**, Warden,

        Respondent.

## <u>ORDER</u>

Pursuant to the decision of the United States Court of Appeals for the Fourth Circuit in ***Masias v. Hodges***, 2023 WL 2610230 (4th Cir. March 23, 2023), Mr. Masias is hereby given **thirty (30) days** to file an amended complaint in this action.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein and to mail a copy to the *pro se* plaintiff.

**DATED**: April 5, 2023.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE