Attachment A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED
JUN 9 2023
U.S. DISTRICT COURT-WVND
WHEELING. WV 26003

Francisco Masias

_____

*Your full name*

v.

Warden Hodges / captain Riffle
Dr. Wilson / SIS Aldrige.
AUSA: Bauer / AusA: Flowers

_____

*Enter above the full name of defendant(s) in this action*

**FEDERAL CIVIL RIGHTS COMPLAINT (*BIVENS* ACTION)**

Civil Action No.: 5:20-CV-171
*(To be assigned by the Clerk of Court)*

Amended Complaint
Same case

## I.    JURISDICTION

This is a civil action brought pursuant to **Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)**. The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

## II.    PARTIES

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

A.    Name of Plaintiff: Francisco Masias Inmate No.: 42558-424
      Address: F.C.I Hazelton    P.O. Box 5000
      Bruceton mills    WV , 26525

*In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided.*

**Attachment A**

B.    Name of Defendant: _____Hodges_____
      Position: _____Warden_____
      Place of Employment: _____FCI Gilmer_____
      Address: _____P.O. Box 6000_____
      _____Glenville    WV    26351_____

      Was this Defendant acting under the authority or color of federal state
      law at the time these claims occurred?    ☒ Yes        ☐ No

      If your answer is "YES," briefly explain: _____He is warden and
      he signs off on all everything in his Jail_____

B.1   Name of Defendant: Dr. Wilson
      Position: Doctor : Head of Medical
      Place of Employment: F.C.I Gilmer
      Address: P.O. Box 6000
      Glenville    WV    26351

      Was this Defendant acting under the authority or color of federal state
      law at the time these claims occurred?    ☒ Yes        ☐ No

      If your answer is "YES," briefly explain: _____She is Head
      of medical while my stay at Gilmer, She
      has Repeatedly ignored my medical needs
      And my pleas for the Medical treatment_____

B.2   Name of Defendant: Aldrige
      Position: S.I.S
      Place of Employment: F.C.I Gilmer
      Address: P.O. Box 6000
      Glenville    WV    26351
      Was this Defendant acting under the authority or color of federal state
      law at the time these claims occurred?    ☒ Yes        ☐ No

**Attachment A**

If your answer is "YES," briefly explain: He is in charge Of S.I.S. He is who kept me in S.H.U from April 6-2019 - Aug 26 2021, where my medical needs went ignored..

B.3     Name of Defendant: Bower and/Flowers
Position: United States District Court
Place of Employment: U.S District Court Northern
Address: District of west Virginia P.O. Box 227
Elkins WV 26241-1518

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?     ☒ Yes          ☐ No

If your answer is "YES," briefly explain: They made call to keep me in SHU for over 2 and half years where my medical needs went ignored and not treated

B.4     Name of Defendant: Riffle
Position: Captain
Place of Employment: FCI Gilmer
Address: P.O. Box 6000
Glenville WV 26351

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?     ☒ Yes          ☐ No

If your answer is "YES," briefly explain: He is in charge of security at FCI Gilmer and had big part in keeping me in SHU where

**Attachment A**

B.5   Name of Defendant: _Unknown_
      Position: _Head of medical_
      Place of Employment: _FCI Gilmer_
      Address: _____

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☒ Yes        ☐ No

If your answer is "YES," briefly explain: _Some one was aware of my medical needs and refused to address them Dispute outside proffesional recommendations_

III.   **PLACE OF PRESENT CONFINEMENT**

Name of Prison/ Institution: _FCI Hazelton Gilmer_

A.   Is this where the events concerning your complaint took place?
     ☒ Yes    ☒ No

     If you answered "NO," where did the events occur?
     _FCI @ Gilmer_

B.   Is there a prisoner grievance procedure in the institution where the events occurred?   ☒ Yes        ☐ No

C.   Did you file a grievance concerning the facts relating to this complaint in the prisoner grievance procedure?
     ☒ Yes    ☐ No

D.   If your answer is "NO," explain why not: _____
     _____
     _____

E.   If your answer is "YES," identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed

**Attachment A**

and state the result at level one, level two, and level three.  **ATTACH GRIEVANCES AND RESPONSES:** _answered so I went forward_

_warden Never_

LEVEL 1 _Case #_ _10|3773-R1_ / _Due Process / B.O.P. Policies / cruel and unusual punishment / Medical_

LEVEL 2 _Case #_ _10|3773-R1_ / _Due Process / cruel and unusual punishment / medical_

LEVEL 3 _Case #_ _10|3990-A1_ / _Due process / cruel and unusual punishment / medical_

## IV.   PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?          □ Yes          ☒ No

B.   If your answer is "YES", describe each lawsuit in the space below.  If there is more than one lawsuit, describe additional lawsuits using the same format on  a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1.   Parties to this previous lawsuit:

Plaintiff(s):_____

Defendant(s):_____

2.   Court: _____
     _(If federal court, name the district; if state court, name the county)_

3.   Case Number:_____

4.   Basic Claim Made/Issues Raised: _____
     _____
     _____
     _____

5.   Name of Judge(s) to whom case was assigned:
     _____

6.   Disposition: _____
     _(For example, was the case dismissed?  Appealed?  Pending?)_

7.   Approximate date of filing  lawsuit:_____

8.    Approximate date of disposition. Attach Copies:_____

C.    Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
□ Yes        □ No

D.    If your answer is "YES," briefly describe how relief was sought and the result.  If your answer is "NO," explain why administrative relief was not sought.

_____

_____

_____

_____

E.    Did you exhaust available administrative remedies?
☒ Yes        □ No

F.    If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion.  If your answer is "NO," briefly explain why administrative remedies were not exhausted.

I filed 3 BP-9's to worden and never got a Answer

I filed BP-10, copy Attached

I filed BP-11, copy Attached

_____

_____

G.    If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted.  Describe each civil action or appeal.  If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G.  PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

1.    Parties to previous lawsuit:

**Attachment A**

Plaintiff(s): _____

Defendant(s): _____

2.    Name and location of court and case number:

_____

_____

_____

3.    Grounds for dismissal:    ☐ frivolous    ☐ malicious
     ☐ failure to state a claim upon which relief may be granted

4.    Approximate date of filing lawsuit: _____

5.    Approximate date of disposition: _____

V.    <u>STATEMENT OF CLAIM</u>

*State here, as **BRIEFLY** as possible, the <u>facts</u> of your case.  Describe what <u>each</u> defendant did to violate your constitutional rights.  **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. **UNRELATED CLAIMS MUST BE RAISED IN SEPARATE COMPLAINTS WITH ADDITIONAL FILING FEES.  NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL 3.4.4)*

CLAIM 1: Hodges: He was warden and ultimately its his call whether BoP Policy is followed
Riffle: He is in Charge of Security at FCI Gilmer and Signs off on who comes and goes to SHU and medical

Supporting Facts: I Stayed in SHU for almost 3 years from

Attachment A

April 6th 2019 — Aug 26 2021, My medical Records Show that all my medical needs went untreated And that surgery was Recomended Multipal times yet ignored.

CLAIM 2: Dr. wilson was made aware of my medical needs yet Repeatedly said they will get to me when medical Staff and Budget allow it. she was indifferent for my medial needs.

Supporting Facts: My medical Records will Show facts that Serious medical needs went untreated and to date have yet to be met.

CLAIM 3: I Injured my Ankle and the B.O.P Has yet to ever attend to my injurys and till now my Ankle hase not Healed.

Supporting Facts: the Medical Records and there own Assessments...

CLAIM 4: I have been Recomended for serguy Several times by Specialist for my nose. I Have for years advised the BOP medical Staff that I can not Breath and my nose Bleeds are Dayly

Supporting Facts: My medical Records, Provide all My Complaints, Dates Outside Specialist

**Attachment A**

Recomindations and the Indefesence of BOP Medical Staff to my Medical needs

CLAIM 5: I Have suffered from Pain from foot/toe infections A Ball in my Stomach that has Only got bigger and more painful, I have Continuedly told BOP Medical Staff And my Pain and medical problems Have gone ignored

Supporting Facts: All my Claims are supported by my medical Records and proves B.O.P and medical Staff indeffcrence to my medical needs

## VI.    INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.

While Im STHU and in General population I have suffed Pain sometimes severe Pain, infections and intuires, to my Left foot, Right shoulder, Toe, Nasel, Back, and all have gone ignored or untreated for over 5 years.

## VII.    RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*

I want $75,000 Compensatory granted. Also $150,000 Punitive should be Inforced to make sure BOP Does not Repeat the Negligence and indeference. Also to order that B.O.P give me the medical treatment they are suppose to Provide.

---

**Attachment A**

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at ___F.C.I. Hazelton___ on ___6-5-23___.
          (Location)                 (Date)

_____
Your Signature